Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
AVELINO BAUTISTA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| AVELINO BAUTISTA, | Case No.: 3:14-cv-00982-JSC |
| Plaintiffs, | |
| v. | VOLUNTARY DISMISSAL |
| GC SERVICES, L.P, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, AVELINO BAUTISTA, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 18, 2014                                     KROHN & MOSS, LTD.

                                                         By:/s/ Ryan Lee, Esq.
                                                         Ryan Lee, Esq.
                                                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq